# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARRYL R. ALEXANDER**, *Plaintiff*, <br><br> v. <br><br> **EXPERIAN**, *Defendant*, | **CIVIL ACTION** <br> **NO. 23-2964** |

### ORDER

AND NOW this 12th day of December, 2023, having considered Defendant's Motion to Dismiss, the said motion is **GRANTED** without prejudice.

**BY THE COURT:**

/s/ Michael M. Baylson

_____

**MICHAEL M. BAYLSON**
**United States District Court Judge**


O:\CIVIL 23\23-2694 Alexander v. Experian\23cv2964 Order to Dismiss without Prejudice.docx